UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| DEBORAH HAWKINS, ) | No. 4:20-cv-02173-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREW M. SAUL, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Motion to Remand, consented to by Plaintiff's counsel, it is hereby ORDERED that Defendant's Motion to Remand is Granted and this case is remanded to Defendant for further administrative proceedings. Upon remand, the Appeals Council will further evaluate Plaintiff's claim and/or direct an Administrative Law Judge to further evaluate Plaintiff's claim.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). This is a final Order. This case is hereby closed on the Court's docket.

s/ Thomas E. Rogers, III
Honorable Thomas E. Rogers, III
United States Magistrate Judge

April 1, 2021
Florence, South Carolina